ACCEPTED
01-15-00691-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 12:46:50 PM
CHRISTOPHER PRINE
CLERK



**Strasburger**

ATTORNEYS AT LAW

November 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/17/2015 12:46:50 PM

CHRISTOPHER A. PRINE
Clerk

WRITER'S DIRECT DIAL:
214.651.4421
kim.price@strasburger.com

**VIA FAX E-FILE**

Christopher A. Prine, Clerk
First Circuit Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2

      RE:   Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay and McRay Money Management, LLC v. Strasburger & Price, LLP
          Cause No. **01-15-00691-CV**

Dear Mr. Prine:

    Jadd F. Masso is one of the attorneys of record for Appellee. At this time, he would like to request a copy of the Clerk's Record and Reporter's Record in electronic format. Please let me know when they are ready and I will send a courier to pick up the requested records (on CD).

    If you require anything further, please let me know. Thank you.

               Very truly yours,

               Kim Price
               Paralegal to Jadd F. Masso

/jkp

c:    Jadd F. Masso, Esq.

**Strasburger & Price, LLP**

901 Main Street, Suite 4400 | Dallas, Texas 75202.3794 | 214.651.4300 tel | 214.651.4330 fax | www.strasburger.com

Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC

7401702.1/SP/33536/0196/111715